Louise BIGGERS, Plaintiff–Appellant,

v.

John G. STUMPF, doing business as Chairman, President and CEO, Wells Fargo Bank, N.A.; Samuel I. White, Defendants–Appellees.

No. 16-1209

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2016

Decided: October 3, 2016

**116**

Louise Biggers, Appellant Pro Se. Terry Catherine Frank, Kaufman & Canoles, PC, Richmond, Virginia; Christy Lee Murphy, Hunter Wilmer Sims, Jr., Kaufman & Canoles, PC, Norfolk, Virginia; Benjamin Alexander Wills, Kaufman & Canoles, PC, Newport News, Virginia, for Appellees.

Before KING and SHEDD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louise Biggers appeals the district court's order dismissing her complaint seeking to enjoin the foreclosure of her home. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Biggers v. Stumpf, No. 3:15–cv–00682–JAG, 2016 WL 430490 (E.D. Va. Feb. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED